# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-40726
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 26, 2019

Lyle W. Cayce
Clerk

ASHLEY B. WOMACK,

      Plaintiff - Appellee

v.

RUSTIN P. WRIGHT,

      Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CV-567

Before WIENER, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:*

Rustin Wright appeals the district court's order remanding this case, originally a family law case, back to the state court for want of federal jurisdiction. For starters, we note that we lack jurisdiction to address any of the grounds Wright raises save and except his argument that 28 U.S.C. § 1443 provides a ground for removal. 28 U.S.C. § 1447(d); *Dunn v. Miller*, 695 F.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40726

App'x 799, 800 (5th Cir. 2017). Accordingly, we address only the § 1443 arguments and dismiss the remainder for want of jurisdiction.

As to § 1443, we concur with the district court's analysis that this case does not meet the standards of that statute, which is grounded in racial equality. *See Georgia v. Rachel*, 384 U.S. 780 (1966); *see also Dunn*, 695 F. App'x at 800 (collecting cases). Accordingly, we AFFIRM the district court's § 1443 determination for essentially the same reasons stated by the district court.

AFFIRMED in part; DISMISSED in part.